IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NONA FARRAR,<br><br>      **Plaintiff,**<br><br>      v.<br><br>AMAZON.COM SERVICES, INC., THOMAS CWALINSKI, LISA ROLF, UNIDENTIFIED AMAZON DOES, AND JEFF BEZOS,<br><br>      **Defendants.** | Case No. 1:21-cv-05000<br><br>Hon. Charles P. Kocoras<br><br>Magistrate Judge Young B. Kim |

**DEFENDANT AMAZON.COM SERVICES LLC'S OPPOSED MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant Amazon.com Services LLC[1] ("Amazon") hereby moves for an extension of time to file a responsive pleading in this case from its current deadline of September 28, 2021, to and including an extended deadline of October 21, 2021. In support of this opposed motion, Amazon states as follows:

**Amazon's Notice of Removal and Plaintiff's Proposed Amended Complaint**

1. On or about August 17, 2021, Plaintiff Nona Farrar ("Plaintiff") filed her Complaint in the Circuit Court of Cook County, Illinois, titled *Nona Farrar v. Amazon.com Services, Inc., et al.*, No. 2021-L-063073.

2. Amazon was served with the Complaint on August 23, 2021, and timely removed the action to this Court on September 21, 2021.[2] See Dkt. 1.

---

[1] Amazon is improperly named in the Complaint as "Amazon.com Services, Inc".
[2] In the Complaint, Plaintiff also alleges claims against Thomas Cwalinski, Lisa Rolf, Unidentified Amazon Does, and Jeff Bezos ("Individual Defendants"). Upon information and belief, only Amazon has been properly served with the Complaint. The Individual Defendants

3. Counsel for Amazon served a copy of the Notice of Removal and related filings on Plaintiff via email on September 21, 2021 (and separately via US mail). In this e-mail correspondence, counsel for Amazon asked Plaintiff whether she would consent to Amazon's request for an extension of time to file a responsive pleading to the Complaint. Plaintiff responded and stated that she would oppose Amazon's request.

4. Upon receipt of the Notice of Removal on September 21, 2021, Plaintiff informed counsel for Defendant that she allegedly had filed a Motion to Amend the Complaint ("Motion to Amend") and a proposed Amended Complaint on September 20, 2021, in the Circuit Court of Cook County where this action was previously pending. At this time, Amazon had not received a copy of the Motion to Amend or proposed Amended Complaint.

5. In a subsequent email, Plaintiff provided Amazon's counsel with Word versions of the Motion to Amend and proposed Amended Complaint. However, Amazon still has not been properly served with either document and has not been able to verify if the documents were properly filed with the Circuit Court.

6. According to the proposed Amended Complaint that Plaintiff provided to Amazon, Plaintiff intends to drop the individual defendants from the case and remove her Section 1981 claim against Amazon, which would only leave her state law disability claims against Amazon. See Exhibit ("Ex.") A, Proposed Amended Complaint. Plaintiff did not have the ability to amend her Complaint as of right and was required to request an allowance from the Court for this

---

reserve their right to contest service and do not waive any applicable defenses that may arise from Plaintiff's failure to properly serve the Complaint. See *Payne v. Cty. of Cook*, No. 15 C 3154, 2016 WL 1086527, at *5 (N.D. Ill. Mar. 21, 2016) ("[n]either the filing of an appearance nor a Motion for Extension of Time to Answer waives the defense of insufficient service of process so long as the defendant raises the defense in the first responsive pleading or in a pre-pleading motion.") (quoting *Martin v. United States*, No. 3:13-CV-03130, 2014 WL 3493233, at *3 (C.D. Ill. July 14, 2014)).

amendment. See Ill. Code of Civ. P. Section 2-616(a) ("At any time before final judgment amendments may be allowed on just and reasonable terms[.]").

**Even if the Proposed Amended Complaint Is Filed,
This Court Has Federal Diversity Jurisdiction Over This Action**

7. Upon information and belief, the Circuit Court of Cook County did not rule on Plaintiff's September 20, 2021 Motion to Amend prior to Amazon's removal of the action to this Court on September 21, 2021. However, even if the Circuit Court of Cook County had granted Plaintiff's Motion to Amend prior to removal and Plaintiff had been permitted to file the proposed Amended Complaint, this Court should retain jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332(a)(1).

8. Under 28 U.S.C. § 1332(a)(1), federal district courts have "original jurisdiction" over all civil actions "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States."

9. Under the federal diversity jurisdiction statute, there must be complete diversity of citizenship between the parties—meaning that no plaintiff is a citizen of the same state as any one defendant. See LM Ins. Corp. v. Spaulding Enters. Inc., 533 F.3d 542, 546 n.1 (7th Cir. 2008). Complete diversity exists under 28 U.S.C. § 1332 between Plaintiff and Amazon because they are citizens of different states.

10. Upon information and belief, Plaintiff is a citizen of Illinois. See Ex. A, Am. Compl. at ¶ 1 ("Plaintiff Nona Farrar is a Cook Count Resident"). For diversity purposes, a corporation is a citizen of "of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

3

Amazon is a Delaware corporation with its principal place of business in Washington. See Danielle A. Maldonado Declaration, attached hereto as Ex. B.[3]

11. Further, this case satisfies the jurisdictional amount. On the face of the operative Complaint, Plaintiff seeks at least $580,000 in damages. See Cmpl. ¶ 114. And even in the proposed Amended Complaint, Plaintiff requests at least $430,000 in damages. See Ex. A, Am. Compl. at ¶ 44.

12. For these reasons, this Court has federal diversity jurisdiction over this action even if Plaintiff's proposed Amended Complaint is filed.

**Amazon's Requested Extension of Time Will Serve the Interests of Judicial Economy**

13. Because Amazon removed this action to this Court on September 21, 2021, its deadline to respond to the Complaint is September 28, 2021. Fed. R. Civ. P. 81(c)(2)(C). For the reasons described herein, Amazon requests a twenty-three (23) day extension of its responsive pleading deadline to and including October 21, 2021.

14. Upon information and belief, because the Circuit Court for Cook County did not rule on Plaintiff's September 20, 2021 Motion to Amend prior to Defendant's removal of this action on September 21, 2021, Plaintiff now will need to seek leave to file her Amended Complaint in this Court.

---

[3] The Court may judicially notice the information in these exhibits because it is publicly available from the Delaware Secretary of State and Washington Secretary of State. *See SEC v. Lidingo Holdings, LLC*, No. C17-1600, 2018 WL 3608407, at *2 (W.D. Wash. July 26, 2018) (taking judicial notice of information that "is contained in the public records maintained by the Secretary of State of the State of Washington, and can be retrieved on the public website for the Secretary of State of the State of Washington Corporations division. https://www.sos.wa.gov/corps/ . . . ."); *Scherr v. Marriott Int'l, Inc.*, 703 F.3d 1069, 1073 (7th Cir. 2013) ("We may take judicial notice of documents that are part of the public record . . . ."); Fed. R. Evid. 201(b)(2) (stating that a "court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").

15. More than two years ago, on April 4, 2019, Plaintiff filed a complaint against Amazon under the Wendell H. Ford Aviation Investment and Reform Act for the 21st Century with the Occupational Safety and Health Administration, which was dismissed and subsequently appealed to the Department of Labor ("the "AIR21 Matter"). Like this action, the AIR21 Matter relates to the termination of Plaintiff's Amazon employment.

16. Amazon filed a Renewed Motion for Summary Decision in the AIR21 Matter on July 16, 2021. The court in the AIR21 Matter issued an order on September 13, 2021, which states that the Administrative Law Judge "anticipate[s] ruling on the Respondent's Renewed Motion for Summary Decision by September 30, 2021." See Ex. C.

17. In light of the foregoing, Amazon respectfully requests a twenty-three (23) day extension to its responsive pleading deadline. Granting the extension will (1) provide Plaintiff with time to seek leave to file her proposed Amended Complaint in this Court, which will affect the substance of Amazon's responsive pleading if the proposed Amended Complaint is filed; (2) allow for a ruling on the AIR21 Matter, which is expected by September 30, 2021, and may impact Amazon's responsive pleading or motion to dismiss, and (3) allow Amazon's counsel time to fully investigate Plaintiff's claims and Amazon's defenses in order to properly respond to the Complaint or proposed Amended Complaint.

18. This is Amazon's first request for an extension of time in this matter. Neither party will be prejudiced by this extension, which will serve the interests of judicial economy as set forth above.

**WHEREFORE**, Amazon respectfully requests that the Court grant its Motion and extend Amazon's time to move, answer, or otherwise respond to the Complaint to and including October 21, 2021.

Dated: September 23, 2021     Respectfully submitted,

*/s/ Danielle A. Maldonado*
Danielle A. Maldonado
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Fifth Floor
Chicago, IL 60606
(312) 324-1741
(312) 324-1001 fax
Danielle.maldonado@morganlewis.com


Brandon J. Brigham (*pro hac vice)*
Sean Caulfield (*pro hac vice forthcoming)*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
215.963.5000
Brandon.brigham@morganlewis.com
Sean.caulfield@morganlewis.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

   I certify that on September 25, 2021 the foregoing was served via US mail and email upon the following:

Nona Farrar<br>
P.O. Box 5015<br>
Chicago, Illinois 60680<br>
nonafarrar@hotmail.com

                */s/ Danielle A. Maldonado*
                Danielle A. Maldonado