IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NONA FARRAR, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, INC., THOMAS CWALINSKI, LISA ROLF, UNIDENTIFIED AMAZON DOES, AND JEFF BEZOS, <br><br> Defendants. | Case No. 1:21-cv-05000 <br><br> Hon. Charles P. Kocoras <br><br> Magistrate Judge Young B. Kim |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Amazon.com Services LLC, incorrectly named in the Complaint as "Amazon.com Services, Inc.," ("Amazon" or "Defendant") by and through undersigned counsel, hereby moves to dismiss Plaintiff's Complaint. In support of this Motion, Defendant relies on the facts and law set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint and exhibits thereto.

Dated: October 21, 2021

Respectfully submitted,

/s/ Brandon J. Brigham
Danielle A. Maldonado
MORGAN LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Fifth Floor
Chicago, IL 60606
(312) 324-1741
(312) 324-1001 fax
danielle.maldonado@morganlewis.com

Brandon J. Brigham (*pro hac vice*)
Sean Caulfield (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103

215.963.5000
brandon.brigham@morganlewis.com
sean.caulfield@morganlewis.com

*Attorneys for Defendant Amazon.com Services LLC*

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2021 the foregoing was served via ECF upon the following:

Plaintiff Nona Farrar
P.O. Box 5015
Chicago, Illinois 60680
nonafarrar@hotmail.com

*/s/ Danielle A. Maldonado*
Danielle A. Maldonado
